COOS BAY CARE CENTER, an Oregon corporation; Hannah Schwanke, Guardian Ad Litem for David and Steven Schwanke, et al., Plaintiffs-Appellants,

v.

STATE OF OREGON, DEPARTMENT OF HUMAN RESOURCES; Richard C. Ladd, Defendants-Appellees.

No. 85–4049.

United States Court of Appeals, Ninth Circuit.

Oct. 29, 1987.

Lojek & Hall, Donald W. Lojek, Boise, Idaho, for plaintiffs-appellants.

Department of Justice, Philip Schradle, Asst. Atty. Gen., and James E. Mountain, Jr., Salem, Or., for defendants-appellees.

Before WRIGHT, GOODWIN and NELSON, Circuit Judges.

**ORDER**

Pursuant to the Order of the United States Supreme Court issued October 5, 1987, —— U.S. ——, 108 S.Ct. 52, 98 L.Ed.2d 17, vacating the judgment of this court, the above case is hereby remanded to the United States District Court for the District of Oregon for consideration of the suggestion of mootness.